# IN THE SUPREME COURT OF THE STATE OF NEVADA

IN THE MATTER OF THE
APPLICATION OF WORKPLACE
OPTIONS, LLC

No. 79207

FILED

FEB 21 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
CHIEF DEPUTY CLERK

## ORDER GRANTING PETITION FOR CERTIFICATION OF LEGAL SERVICES PLAN

Workplace Options, LLC, has filed a verified petition seeking certification of a group legal services plan under SCR 42.5. After we referred the petition to the State Bar for review, the State Bar responded, recommending approval of the plan conditioned on Workplace Options (1) obtaining a statement from the Nevada Commissioner of Insurance confirming that the proposed plan complies with the Nevada insurance regulation statutes, and (2) revising its proposed contract with participating Nevada attorneys in accordance with SCR 42.5(5)(c). Specifically, the State Bar recommends that Workplace Options revise its Telephone Access Law Firm agreement and its Participating Law Firm agreement to include the following language required by SCR 42.5(5)(c)(1), (2), (4), (5), (6), and (8):

> Any member of the organization may obtain legal services independently of the arrangement from any attorney of his [or her] choice;

20-07150

No unlicensed person will provide legal services under the agreement;

. . . .

The member to whom the legal services are rendered, not the organization, is the client of the lawyer;

All parties agree that in providing legal services, the lawyer must comply with all the disciplinary rules contained in the code and all other rules of the court;

The nature and extent of the legal services to be rendered to the members of the group are fully disclosed;

. . . .

The agreement will be terminated in the event of any substantial violation of the foregoing provisions.

Workplace Options has filed a reply agreeing with the State Bar's recommendations and has accordingly revised its proposed agreements with participating Nevada attorneys. It has also filed a supplemental submission, to which it has attached a copy of a statement from the Nevada Division of Insurance stating that the plan is not a legal insurance plan and it is exempt from Nevada insurance regulation statutes.

Having considered the petition and supporting documentation, along with the State Bar's recommendation, and Workplace Options' reply and supplemental submission, we conclude that Workplace Options has demonstrated that its program satisfies the requirements of SCR 42.5(5).

Accordingly, we grant the petition, subject to the amendments recommended by the State Bar and agreed to by Workplace Options, as incorporated into its revised attorney agreements.

It is so ORDERED.

_____, C.J.
Pickering

_____, J.          _____, J.
Gibbons                                  Hardesty

_____, J.          _____, J.
Parraguirre                             Stiglich

_____, J.          _____, J.
Cadish                                     Silver

cc:    Lipson Neilson P.C.
        State Bar of Nevada/Las Vegas